## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOSE ANTONIO CRUZ, | : No. 52 MM 2022 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| BRIDGET I. MILLER, PROTHONOTARY OF THE COMMON PLEAS COURT OF SCHUYLKILL COUNTY; JENNIFER P. MCGRATH, COURT REPORTER OF THE COMMON PLEAS COURT OF SCHUYLKILL COUNTY, | : : : : : : |
| | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 6th day of October, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are DENIED.